

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**JOHN BEN SHEPPERD**
ATTORNEY GENERAL

April 9, 1956

Honorable Robert S. Calvert          Opinion No. S-193
Comptroller of Public Accounts
Capitol Station                       Re: Authorization of travel
Austin, Texas                             by employees of the
                                          University of Texas and
                                          Texas Agricultural and
Dear Mr. Calvert:                         Mechanical College System.

        You have requested an opinion concerning the
authorization of travel of employees of the University of
Texas and the Agricultural & Mechanical College System.
Your specific question is "who should approve traveling
expense accounts for in state travel for the following
branches of the University of Texas and A. & M. College"
(naming the individual branches).

        Section 13 of Article VI of House Bill 140, Acts of
the 54th Legislature, Chapter 519, page 1348, at page 1591,
provides:

>        "Travel by officers and employees of
> agencies of higher education. No official
> travel expense shall be incurred by members
> of governing boards, executive and adminis-
> trative heads, or by any employee, of State
> agencies of higher education, inside or out-
> side of the boundaries of Texas, except for
> official business as approved by the appro-
> priate governing board or the executive head.
> Official business shall include the formal
> presentation of original researches by an
> employee, if before a national, regional, or
> State learned society approved in advance by
> the executive head of the agency of higher
> education. No official travel shall be per-
> formed by such members, heads, and employees,
> outside of State for any purpose except with
> the approval of the appropriate governing
> board."

The governing board of the University of Texas is the Board
of Regents. The governing board of the Texas Agricultural &
Mechanical College System is the Board of Directors of Texas
Agricultural & Mechanical College. Articles 2584, 2610,

Vernon's Civil Statutes.

In Attorney General's Opinion O-877 (1939) a similar question was decided concerning the General Appropriation Act of the 45th Legislature, 1937. In that opinion it was held:

"Technically it is true that the Medical Branch of the University of Texas is only a branch of such University but it will be seen from the foregoing that such Medical Branch had its origin in a manner consistent with consideration as a separate institution. Furthermore, we believe that it is commonly looked upon as an institution within itself.

"Considering all of the above facts, the manner in which the Medical Branch originated, its location separate and apart from the Main University, the manner in which the appropriation for the Medical Branch was set up in the appropriation bill for the current biennium, the duties of the Dean of the Medical Branch and the light in which the Medical School is generally looked upon, we believe that it was the intention of the Legislature that the Dean of the Medical Branch should be considered as the head of an institution within the meaning of said Subsection 6 and our answer to your question, therefore, is in the affirmative."

Subsequent to this opinion your office has followed the interpretation of the riders to the General Appropriation Act in accordance with the views therein expressed and the Legislature, although it has met many times, has not made any substantial change. Therefore, such departmental construction should be followed unless it is clearly erroneous. Federal Crude Oil Co. v. Yount Lee Oil Co., 122 Tex. 21, 52 S.W.2d 56 (1932); Isbell v. Gulf Union Oil Co., 147 Tex. 6, 209 S.W.2d 762 (1948).

Technically, the phrase "appropriate governing board or the executive head" may refer to the Board of Regents of the University of Texas, the Board of Directors of Texas Agricultural & Mechanical College, the President of the University of Texas and the Chancellor of Texas Agricultural & Mechanical College System. However, in view of the legislative history of similar riders in Appropriation Acts, the departmental construction of these Acts and our previous opinion, it is our opinion that the Legislature intended to refer to the head of the

Honorable Robert S. Calvert, page 3. (S-193)

various branches of the institutions set out in your request as designated in the Appropriation Act and orders of the governing boards of the University of Texas and Texas Agricultural & Mechanical College.

You are, therefore, advised that the traveling expense accounts may be approved by the heads of the individual branches of the University of Texas and Texas Agricultural & Mechanical College System.

SUMMARY

> The heads of the various individual
> branches of the University of Texas
> and Texas Agricultural & Mechanical
> College System, as set out in the
> General Appropriation Act, may approve
> traveling expense accounts for in
> state travel in compliance with the
> provisions of Section 13, Article VI,
> of House Bill 140, Acts of the 54th
> Legislature, Chapter 519, page 1348.

Yours very truly,

JOHN BEN SHEPPERD
Attorney General of Texas

*John Reeves*
By JOHN REEVES
Assistant

APPROVED:

J. C. DAVIS, JR.
County Affairs Division

MARY K. WALL
Reviewer

J. A. AMIS, JR.
Reviewer

L. W. GRAY
Special Reviewer

DAVIS GRANT
First Assistant

JOHN BEN SHEPPERD
Attorney General